In the Matter of the Probate of the Will of CHRISTY FAHRENBACH, Deceased.

LOUISE M. McMANUS et al., Appellants; RUSSELL A. GILLETTE et al., as Executors of CHRISTY FAHRENBACH, Deceased Respondents.

Argued April 8, 1941; decided April 24, 1941.

*Lazarus I. Levine* and *Henry Temes* for appellants
*Ellsworth Baker* for respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.